### HALL et al., Syndics *v.* WILLIAMS et al.

APPEAL from the District Court of West Baton Rouge, *Burk*, J. *Phillips*, for the appellants. *Lacey*, for the defendants. The judgment of the court was pronounced by

ROST, J. This case is similar to that of the same plaintiffs against *Woods*, just determined, and, for the reasons therein given, it is ordered that the judgment be affirmed with costs.